UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT SPAHR,

                Plaintiff

v.

MEDICAL DIRECTOR ELY STATE PRISON et al.,

                Defendants

Case No. 3:19-cv-00267-MMD-CBC

ORDER

## I. DISCUSSION

On June 3, 2019, this Court ordered Plaintiff to file a properly executed financial certificate and an inmate account statement or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 5 at 2). On June 27, 2019, Plaintiff filed a motion for an extension of time to file those documents because he had not received them from the NDOC yet. (ECF No. 6 at 1). The Court now grants Plaintiff's motion for an extension of time. Plaintiff will file a properly executed financial certificate and an inmate account statement or pay the full $400 filing fee on or before Wednesday, July 31, 2019.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 6) is granted.

IT IS FURTHER ORDERED that on or before Wednesday, July 31, 2019, Plaintiff will either: (1) file a properly executed financial certificate and an inmate account statement in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

///

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: 6/28/2019

_____
UNITED STATES MAGISTRATE JUDGE