AARON D. FORD
  Attorney General
PETER E. DUNKLEY, Bar No. 11110
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: pdunkley@ag.nv.gov

*Attorneys for Defendants*
*Dawn Jones*

# UNITED STATES DISTRICT COURT

| | |
|---|---|
| ROBERT SPAHR,<br><br>          Plaintiff,<br><br>v.<br><br>MEDICAL DIRECTOR ELY STATE PRISON, *et al.*,<br><br>          Defendants. | Case No. 3:19-cv-00267-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

\\

\\

\\

\\

\\

\\

\\

\\

It is stipulated and agreed by and between Robert Spahr., Plaintiff *Pro Se*, and Defendant Dawn Jones, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Peter E. Dunkley, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon during the Early Medication  Conference which took place on May 12, 2020.

DATED  5-16-20, 2020.

DATED  May 20, 2020.

Aaron D. Ford
Nevada Attorney General

By: _____

Robert Spahr
*Plaintiff Pro Se*

Peter E. Dunkley (Bar No. 11110)
Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, Nevada 89701
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  June 1, 2020.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 1st day of June, 2020, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on:

Robert Spahr #1005122
c/o Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrarian@doc.nv.gov

_____
An employee of the
Office of the Attorney General